IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
### Related Case Statement

---

Full Caption of Later Filed Case:

SLATE HILL DAYCARE CENTER INC

| Plaintiff | Case Number |
|---|---|
| vs. | 1:20-cv-03565 |
| UTICA NATIONAL INSURANCE GROUP | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

SHARDE HARVEY DDS PLLC

| Plaintiff | Case Number |
|---|---|
| vs. | 1:20-cv-03350 |
| THE HARTFORD FINANCIAL SERVICES GROUP INC. and SENTINEL INSURANCE COMPANY LTD | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open   (If so, set forth procedural status and summarize any court rulings.)

No procedural steps have been taken.
Sharde Harvey DDS PLLC v. The Hartford Financial Services Group, et al was recently filed on April 29, 2020.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case, Slate Hill Day Care Center Inc. v. Utica National Insurance Company, is similar to the earlier filed case, Sharde Harvey DDS PLLC v. The Hartford Financial Services Group Inc., because both Plaintiffs are challenging the denial of coverage from their carriers under their similar business loss claims as a result of the COIVD-19 pandemic. Plaintiffs' claims involve similar interpretations under similar policies

Signature: /s/ Michael Weinkowitz   Date: 5/11/2020

Firm: Levin Sedran & Berman; 510 Walnut St. Ste. 500; Philadelphia, Pa 19106