UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SLATE HILL DAYCARE CENTER INC., on behalf of itself and all others similarly situated,

        Plaintiff,

-against-

REPUBLIC-FRANKLIN INSURANCE COMPANY,

        Defendant.

**ORDER**

20-CV-03565 (PMH)

PHILIP M. HALPERN, United States District Judge:

Oral argument has been scheduled on the pending motion to dismiss. The oral argument will be held on August 30, 2021 at 11:00 a.m. at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601. The Court will advise the parties of the courtroom before the appearance date.

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day that you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used as the SDNY entry device at the courthouse entrance.

        SO ORDERED:

Dated: White Plains, New York
      June 30, 2021

PHILIP M. HALPERN
United States District Judge