UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SLATE HILL DAYCARE CENTER INC., on behalf of itself and all others similarly situated,

                Plaintiff,

-against-

REPUBLIC-FRANKLIN INSURANCE COMANY,

                Defendant.

**ORDER**

20-CV-03565 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for Slate Hill Daycare Center Inc. ("Plaintiff") and counsel for Republic-Franklin Insurance Company ("Defendant") appeared for oral argument today on Defendant's motion to dismiss the Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6). Argument was held on the record. For the reasons stated on the record, and the law cited therein, Defendant's motion to dismiss the SAC is GRANTED.

    The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 24 and close this case.

                                                   SO ORDERED:

Dated:  White Plains, New York
         August 30, 2021

                                             _____
                                             PHILIP M. HALPERN
                                             United States District Judge